UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOUSSA N. NDAM,<br><br>   Plaintiff,<br><br>   v.<br><br>VIVIANE NOGAROTTO, Pharmacy Manager, et al.,<br><br>   Defendants. | Civil Action No. 21-cv-11564-LTS |

ORDER OF DISMISSAL

February 15, 2022

SOROKIN, D.J.

  In an order dated January 5, 2022, the Court granted the *in forma pauperis* motion of *pro se* plaintiff Moussa Ndam, and, after having found that the complaint failed to state a claim for relief, ordered him to file an amended complaint. The Court stated that failure to file the amended pleading within thirty-five days could result in dismissal of this lawsuit.

  The deadline for complying with the order has passed without any response from Ndam. Accordingly, this action is DISMISSED for the reasons set forth in the Court's January 5, 2022 order.

  SO ORDERED.

                /s/ Leo T. Sorokin
                UNITED STATES DISTRICT JUDGE